# Order

Michigan Supreme Court
Lansing, Michigan

February 8, 2006

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

127580(96)(98)(100)

CITY OF TAYLOR,
            Plaintiff-Appellee,

v

THE DETROIT EDISON COMPANY,
            Defendant-Appellant.

_____

SC: 127580
COA: 250648
Wayne CC: 02-221723-CZ

On order of the Chief Justice, the motion by International Transmission Company and Michigan Electric Transmission Company for leave to file a brief *amicus curiae* in this case is considered and it is GRANTED. Motions by plaintiff-appellee for extension of time for filing and for leave to exceed the page limit are considered and they are GRANTED.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

February 8, 2006

_____
Clerk